**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
*anstein@middlebrooksshapiro.com*
Attorneys for the Chapter 13 Debtors

|  |  |
|---|---|
| In re:<br><br>**GERARD RISOLI and**<br>**ANGELA M. RISOLI,**<br><br>        Chapter 13 Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Honorable Stacey L. Meisel<br><br>Case No. 19-24147 (SLM)<br><br>Chapter 13 |

## CERTIFICATION OF CHAPTER 13 DEBTORS

**GERARD RISOLI and ANGELA M. RISOLI,** of legal age, hereby certify as follows:

1. We are the above-captioned Chapter 13 debtors.

2. On Schedule A/B of our Petition, we list Sports Memorabilia as an asset in the approximate amount of $5,000.00, which is completely exempt. *See*, Docket No. 1 at Schedules A/B and C.

3. The Sports Memorabilia consists of old baseball cards, a Mickey Mantle signed baseball, a Joe Torre signed baseball, and New York Yankees photographs.

4. We believe the items listed above are not of unique or great value.

5. We understand that the above-mentioned Sports Memorabilia cannot be sold without our counsel's permission.

I hereby certify under penalty of perjury that the foregoing statements made by me are true.

I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

_____
Gerard Risoli

Dated: 9-25-19

_____
Angela M. Risoli

Dated: 9/25/19