UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela Nascondiglio Stein, Esq.
anstein@middlebrooksshapiro.com

**Order Filed on November 13, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

GERARD and ANGELA RISOLI,

Chapter 13 Debtors.

Case No.:    19-24147-SLM

Chapter:    13

Judge:    Stacey L. Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 13, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 6, 2019___ :

Property:   25 Sterling Hill Road, Sparta, NJ 07871

Creditor:   Select Portfolio Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtors_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____2/6/2020_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*