**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  GERARD RISOLI
  ANGELA M RISOLI

Order Filed on December 12, 2019
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-24147 SLM**

**Hearing Date:  12/11/2019**

**Judge:  STACEY L. MEISEL**

**Debtor is Entitled To Discharge**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: December 12, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  GERARD RISOLI
            ANGELA M RISOLI

Case No.:  19-24147 SLM

Caption of Order:        ORDER CONFIRMING PLAN

---

     The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 7/23/2019, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 8/1/2019, the Debtor shall pay the Standing Trustee

  the sum of $100.00 for a period of 36 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that Debtor must complete Loan Modification   by 2/6/2020 or as extended through the courts Loss Mitigation Program. If loan modification not completed case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $3,000.00.  The unpaid balance of the allowed fee in the amount of $1,500.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, The mortgage arrears are to be paid inside the plan pending completion of Loan Modification; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.