MELINDA D. MIDDLEBROOKS
MIDDLEBROOKS SHAPIRO, P.C.
841 MOUNTAIN AVE
FIRST FLOOR
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-24147

| Re: | GERARD RISOLI<br>ANGELA M RISOLI<br>25 STERLING HILL ROAD<br>SPARTA,  NJ  07871 | Atty: | MELINDA D. MIDDLEBROOKS<br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 MOUNTAIN AVE<br>FIRST FLOOR<br>SPRINGFIELD, NJ  07081 |
|---|---|---|---|

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $3,600.00**

## RECEIPTS AS OF 01/15/2020         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 25311181476 | 09/04/2019 | $100.00 | 25790373775 |
| 10/07/2019 | $100.00 | 24423228178 | 11/13/2019 | $100.00 | 24423228797 |
| 12/17/2019 | $100.00 | 24423229091 | | | |

**Total Receipts: $500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020         (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 21.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 478.90 | 1,021.10 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 1,772.09 | * | 0.00 | |
| 0004 | GEORGIA DEPARTMENT OF DRIVER SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MERCURY CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | NAVIENT SOLUTIONS LLC | UNSECURED | 61,733.84 | * | 0.00 | |
| 0014 | SANTANDER CONSUMER USA | VEHICLE SECURE | 689.68 | 100.00% | 0.00 | |
| 0015 | SEARS CREDIT CARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 62,168.00 | 100.00% | 0.00 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0024 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 802.81 | * | 0.00 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 2,593.49 | * | 0.00 | |
| 0027 | TOYOTA MOTOR CREDIT | UNSECURED | 399.99 | * | 0.00 | |
| 0028 | MIDLAND FUNDING LLC | UNSECURED | 1,176.52 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0029 | TOYOTA MOTOR CREDIT | UNSECURED | 4,591.23 | * | 0.00 | |
| 0030 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,001.75 | * | 0.00 | |

**Total Paid:  $500.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $500.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.