Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerard Risoli | Angela M Risoli |
| 25 Sterling Hill Road | 25 Sterling Hill Road |
| Sparta, NJ 07871 | Sparta, NJ 07871 |

Social Security No.:
   xxx−xx−5062                              xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      3/3/20
Time:      02:30 PM
Location:  Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Middlebrooks Shapiro, P.C., Debtor's Attorney,

COMMISSION OR FEES
$2,051.00

EXPENSES
$45.40

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 5, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-24147-SLM
Gerard Risoli                                                             Chapter 13
Angela M Risoli
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Feb 05, 2020
                              Form ID: 137               Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
```
db/jdb         +Gerard Risoli,    Angela M Risoli,    25 Sterling Hill Road,    Sparta, NJ 07871-3414
518363787      +Credit One Bank,    335 Madison Ave,    New York, NY 10017-4611
518363788      +Georgia Department of Driver Services,    PO Box 80447,    Conyers, GA 30013-8047
518363790      +KML Law Group, P.C.,    216 Haddon Avenue,    Ste. 406,    Westmont, NJ 08108-2812
518363793    ++++MIA N KIRITSIS,    MIDLAND CREDIT MANAGEMENT, INC,    1 RIVERFRONT PLZ STE 710,
                 NEWARK NJ 07102-5415
               (address filed with court: Mia N Kiritsis,    Midland Credit Management, Inc,
                 1037 Raymond Blvd,    Suite 710,    Newark, NJ 07102)
518363792       Mercury Card Services,    PO Box 84064,    Columbus, GA 31908-4064
518363797      +Rita E Ayoub,    Pressler Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518363802      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Compliance Activity,
                 PO Box 245,    Trenton, NJ 08695-0245)
518363798       Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
518380631      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
518363799       Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
518363801       Specialized Loan Servicing (SLS),    P.O. Box 60535,    City of Industry, CA 91716-0535
518363804      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 15012,
                 Chandler, AZ 85244-5012)
518439367      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518430912       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518435665      +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 00:27:15
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518363785       E-mail/Text: bnc@alltran.com Feb 06 2020 00:21:01     Alltran Financial, LP,    PO Box 722929,
                 Houston, TX 77272-2929
518363786       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2020 00:21:40     Comenity - Talbots,
                 PO Box 659617,    San Antonio, TX 78265-9617
518487557       E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2020 00:22:52
                 Deutsche Bank National Trust et. al,,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
518363789       E-mail/Text: cio.bncmail@irs.gov Feb 06 2020 00:21:19     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518363791      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 00:29:24     LVNV Funding LLC,
                 200 Meeting Street, Ste #206,    Greenville, SC 29615-5833
518370089       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 00:28:27     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518363794      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2020 00:21:53     Midland Credit Management,
                 PO Box 2121,    Warren, MI 48090-2121
518459226      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2020 00:21:53     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518363795      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2020 00:21:53     Midland Funding, LLC,
                 2365 Northside Dr #300,    San Diego, CA 92108-2709
518363796       E-mail/PDF: pa_dc_claims@navient.com Feb 06 2020 00:29:17     Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
518486492       E-mail/PDF: pa_dc_claims@navient.com Feb 06 2020 00:27:29
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
518470369       E-mail/Text: bnc-quantum@quantum3group.com Feb 06 2020 00:21:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
518363800       E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2020 00:22:52
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518366113      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 00:28:05     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518363803       E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 00:27:14     Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
518470993      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2020 00:28:32     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: 137             Total Noticed: 35
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518463304*      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern   PA 19355-0701
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              Angela Nascondiglio Stein    on behalf of Debtor Gerard  Risoli
               nascondiglio@middlebrooksshapiro.com
              Angela Nascondiglio Stein    on behalf of Joint Debtor Angela M Risoli
               nascondiglio@middlebrooksshapiro.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Et Al...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Gerard  Risoli middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Angela M Risoli
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```