UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Gerard Risoli and
Angela M Risoli

Order Filed on February 24, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-24147 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  08/06/2019  :

Property:   25 Sterling Hill Road, Sparta, NJ 07871

Creditor:   Deutsche Bank National Trust Company, as Trustee,

and a Request for

☐ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown,

☒ Early Termination of the Loss Mitigation Period having been filed by  the Creditor  , and for good cause shown,

It is hereby ORDERED that,

☐ The Loss Mitigation Period is extended up to and including _____.

☒ The Loss Mitigation Period is terminated, effective  the date of the entry of this order  .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2