UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 24, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gerard Risoli and
Angela M Risoli

Case No.: 19-24147 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 08/06/2019 :

Property: 25 Sterling Hill Road, Sparta, NJ 07871

Creditor: Deutsche Bank National Trust Company, as Trustee,

and a Request for

☐ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown,

☒ Early Termination of the Loss Mitigation Period having been filed by the Creditor, and for good cause shown,

It is hereby ORDERED that,

☐ The Loss Mitigation Period is extended up to and including _____.

☒ The Loss Mitigation Period is terminated, effective the date of the entry of this order.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-24147-SLM
Gerard Risoli                                                                             Chapter 13
Angela M Risoli
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 24, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db/jdb          +Gerard Risoli,   Angela M Risoli,   25 Sterling Hill Road,   Sparta, NJ 07871-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
              Angela Nascondiglio Stein    on behalf of Joint Debtor Angela M Risoli
               nascondiglio@middlebrooksshapiro.com
              Angela Nascondiglio Stein    on behalf of Debtor Gerard  Risoli
               nascondiglio@middlebrooksshapiro.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Gerard  Risoli middlebrooks@middlebrooksshapiro.com,
               melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Angela M Risoli
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Et
               Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10