UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

GERARD RISOLI
ANGELA M RISOLI

Case No.: 19-24147

Adv. No.:

Hearing Date:

Judge: SLM

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/06/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
GERARD RISOLI
ANGELA M RISOLI
25 STERLING HILL ROAD
SPARTA, NJ  07871
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MELINDA D. MIDDLEBROOKS
MIDDLEBROOKS SHAPIRO, P.C.
841 MOUNTAIN AVE
FIRST FLOOR
SPRINGFIELD, NJ  07081
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  March 06, 2020

By:   /S/  Jessica Antoine
Jessica Antoine