Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−24147−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerard Risoli | Angela M Risoli |
| 25 Sterling Hill Road | 25 Sterling Hill Road |
| Sparta, NJ 07871 | Sparta, NJ 07871 |

Social Security No.:
  xxx−xx−5062                           xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/22/20 at 10:00 AM

to consider and act upon the following:

**57** − Certification in Opposition to Trustee Certification of Default (related document:54 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/20/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Angela Nascondiglio Stein on behalf of Angela M Risoli, Gerard Risoli. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 3/20/20

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court