UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5

**Order Filed on June 24, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Angela M. Risoli and Gerard Risoli

Debtors.

Case No.: 19-24147 SLM

Adv. No.:

Judge: Stacey L. Meisel.

## CONSENT ORDER CURING POST-PETITION ARREARS

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 24, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Angela M. Risoli and Gerard Risoli
Case No:  19-24147 SLM
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5, holder of a mortgage on real property known as 25 Sterling Hill Road, Sparta, NJ 07871, with the consent of Angela Stein, Esq., counsel for the Debtors, Angela M. Risoli and Gerard Risoli,

It is **ORDERED, ADJUDGED and DECREED** that as of May 30, 2020 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2019 through May 2020 for a total post-petition default of $72,184.14 (9 @ $8,020.46); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $72,184.14 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2020, directly to Secured Creditor, Select Portfolio Servicing, Inc, P.O. Box 65450, Salt Lake City, UT 841665 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court.

**(Page 3)**
Debtors:  Angela M. Risoli and Gerard Risoli
Case No:  19-24147 SLM
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS

_____

I hereby agree and consent to the above terms and conditions:                Dated:   6/18/2020

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR


I hereby agree and consent to the above terms and conditions:                Dated:   6/18/2020

*/s/ Angela Stein*
ANGELA STEIN, ESQ., ATTORNEY FOR DEBTOR