| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 | Order Filed on June 24, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: <u>19-24147 SLM</u> |
| | Adv. No.: |
| In Re:<br>    Angela M. Risoli and Gerard Risoli<br><br>Debtors. | Judge: <u>Stacey L. Meisel.</u> |

## CONSENT ORDER CURING POST-PETITION ARREARS

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 24, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Angela M. Risoli and Gerard Risoli
Case No:  19-24147 SLM
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS

_____

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5, holder of a mortgage on real property known as 25 Sterling Hill Road, Sparta, NJ 07871, with the consent of Angela Stein, Esq., counsel for the Debtors, Angela M. Risoli and Gerard Risoli,

It is **ORDERED, ADJUDGED and DECREED** that as of May 30, 2020 Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2019 through May 2020 for a total post-petition default of $72,184.14 (9 @ $8,020.46); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $72,184.14 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2020, directly to Secured Creditor, Select Portfolio Servicing, Inc, P.O. Box 65450, Salt Lake City, UT 841665 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court.

**(Page 3)**
Debtors:  Angela M. Risoli and Gerard Risoli
Case No:  19-24147 SLM
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS
_____

I hereby agree and consent to the above terms and conditions:                 Dated:   6/18/2020

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR


I hereby agree and consent to the above terms and conditions:                 Dated:   6/18/2020

*/s/ Angela Stein*
ANGELA STEIN, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:  
Gerard Risoli  
Angela M Risoli  
    Debtors

Case No. 19-24147-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 25, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.  
db/jdb        +Gerard Risoli,    Angela M Risoli,    25 Sterling Hill Road,    Sparta, NJ 07871-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:  
         Angela Nascondiglio Stein     on behalf of Joint Debtor Angela M Risoli nascondiglio@middlebrooksshapiro.com  
         Angela Nascondiglio Stein     on behalf of Debtor Gerard Risoli nascondiglio@middlebrooksshapiro.com  
         Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor     Morgan Stanley Mortgage Loan Trust 2007-9SL, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Melinda D. Middlebrooks     on behalf of Debtor Gerard Risoli middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         Melinda D. Middlebrooks     on behalf of Joint Debtor Angela M Risoli middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
         Rebecca Ann Solarz     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee, et al... rsolarz@kmllawgroup.com  
         Rebecca Ann Solarz     on behalf of Creditor     Morgan Stanley Mortgage Loan Trust 2007-9SL, Et Al... rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 10