UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:
  GERARD RISOLI
  ANGELA M RISOLI

Order Filed on June 25, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-24147 SLM

Hearing Date:  6/24/2020

Judge:  STACEY L. MEISEL

Debtor is Entitled To Discharge

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: June 25, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  GERARD RISOLI
            ANGELA M RISOLI

Case No.:  19-24147 SLM

Caption of Order:    ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 4/20/2020, or as amended at the confirmation hearing is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 8/1/2019, the Debtor shall pay the Standing Trustee

    the sum of $5,540.00 paid into date over 11 month(s), and then

    the sum of $2,983.00 for a period of 49 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that should the Debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-receipt of Payment and request that the Debtors case be dismissed. The Debtor shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Gerard Risoli  
Angela M Risoli  
    Debtors

Case No. 19-24147-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 25, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.  
db/jdb       +Gerard Risoli,   Angela M Risoli,   25 Sterling Hill Road,   Sparta, NJ 07871-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:

      Angela Nascondiglio Stein   on behalf of Joint Debtor Angela M Risoli  
       nascondiglio@middlebrooksshapiro.com  
      Angela Nascondiglio Stein   on behalf of Debtor Gerard  Risoli  
       nascondiglio@middlebrooksshapiro.com  
      Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-9SL, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann  Greenberg   magecf@magtrustee.com  
      Melinda D. Middlebrooks   on behalf of Debtor Gerard  Risoli middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
      Melinda D. Middlebrooks   on behalf of Joint Debtor Angela M Risoli middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com  
      Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al... rsolarz@kmllawgroup.com  
      Rebecca Ann Solarz   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-9SL, Et Al... rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                                                                               TOTAL: 10