| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In Re:<br><br>GERARD RISOLI<br>ANGELA M. RISOLI<br>DEBTORS | Case No.: 19-24147<br><br>Chapter: 13<br><br>Judge: Meisel, Stacey L. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Specialized Loan Servicing LLC, creditor
(Example: John Smith, creditor)

Old address:   Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

New address:   Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

New phone no.:n/a
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   10/27/2020          /s/ Natalie Lea as Authorized Agent for Creditor
Signature

*rev.2/1/16*

4129-N-0212