MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re: GERARD RISOLI
ANGELA M RISOLI
25 STERLING HILL ROAD
SPARTA,  NJ  07871

Atty: MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-24147

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $151,707.00**

## RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 25311181476 | 09/04/2019 | $100.00 | 25790373775 |
| 10/07/2019 | $100.00 | 24423228178 | 11/13/2019 | $100.00 | 24423228797 |
| 12/17/2019 | $100.00 | 24423229091 | 04/22/2020 | $2,520.00 | 6732100000 |
| 06/08/2020 | $2,520.00 | 6848244000 | 07/08/2020 | $2,983.00 | 6925669000 |
| 08/10/2020 | $2,983.00 | 7004319000 | 08/13/2020 | ($2,983.00) | 7004319000 |
| 08/14/2020 | $2,983.00 | 7011793000 | 09/10/2020 | $2,983.00 | 7075984000 |
| 10/14/2020 | $2,983.00 | 7156737000 | 11/13/2020 | $2,983.00 | 7231030000 |
| 12/15/2020 | $2,983.00 | 7308093000 | | | |

**Total Receipts: $23,438.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $23,438.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 06/15/2020 | $1,246.90 | 849,953 | 07/20/2020 | $1,066.88 | 851,699 |
| | 07/20/2020 | $1,264.12 | 851,699 | 08/17/2020 | $1,262.90 | 853,587 |
| | 08/17/2020 | $1,496.38 | 853,587 | 09/21/2020 | $1,262.90 | 855,354 |
| | 09/21/2020 | $1,496.38 | 855,354 | 10/19/2020 | $1,262.90 | 857,272 |
| | 10/19/2020 | $1,496.38 | 857,272 | 11/16/2020 | $1,262.90 | 859,075 |
| | 11/16/2020 | $1,496.38 | 859,075 | 12/21/2020 | $1,262.90 | 860,836 |
| | 12/21/2020 | $1,496.38 | 860,836 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,804.42 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 1,772.09 | * | 0.00 | |
| 0004 | GEORGIA DEPARTMENT OF DRIVER SERV | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-24147**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0008 | MERCURY CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | NAVIENT SOLUTIONS LLC | UNSECURED | 61,733.84 | * | 0.00 | |
| 0014 | SANTANDER CONSUMER USA | VEHICLE SECURE | 689.68 | 100.00% | 0.00 | |
| 0015 | SEARS CREDIT CARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 62,168.00 | 100.00% | 8,628.28 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 40,747.93 | * | 0.00 | |
| 0020 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0024 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 802.81 | * | 0.00 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 2,593.49 | * | 0.00 | |
| 0027 | TOYOTA MOTOR CREDIT | UNSECURED | 399.99 | * | 0.00 | |
| 0028 | MIDLAND FUNDING LLC | UNSECURED | 1,176.52 | * | 0.00 | |
| 0029 | TOYOTA MOTOR CREDIT | UNSECURED | 4,591.23 | * | 0.00 | |
| 0030 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,001.75 | * | 0.00 | |
| 0031 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 72,184.14 | 100.00% | 8,746.02 | |

**Total Paid: $20,678.72**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $23,438.00    -    Paid to Claims: $17,374.30    -    Admin Costs Paid: $3,304.42    =    Funds on Hand: $2,759.28

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.