# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: § 
§ **CASE NO. 19-24147-SLM**
GERARD RISOLI §
ANGELA M. RISOLI §
    DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MEB Loan Trust VI C/O Specialized Loan Servicing, LLC | Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Specialized Loan Servicing LLC**
    **6200 S. Quebec St.**
    **Greenwood Village, Colorado 80111**

Court Claim # (if known): 4-1
Amount of Claim: $40,747.93
Date Claim Filed: 08/30/2019

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx6867**

Phone: (800) 315-4757
Last Four Digits of Acct.#: xxxx6867

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing LLC
    6200 S. Quebec St.
    Greenwood Village, Colorado 80111

Phone:
Last Four Digits of Acct #: **xxxxxx6867**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthew Tillma      Date: 04/29/2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br>In Re:<br><br>Gerard Risoli and<br>Angela M. Risoli<br><br>Debtors. | Case No : 19-24147-SLM<br><br>Chapter: 13<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Stacey L. Meisel |

## CERTIFICATION OF SERVICE

1. I, <u>Matthew Tillma</u> :

   ☑ represent the <u>Creditor</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>04/29/202</u>1 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

<u>04/29/2021</u>                                            <u>/s/ Matthew Tillma</u>
Date                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gerard Risoli<br>Angela M. Risoli<br>25 Sterling Hill Road<br>Sparta, NJ 07871 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable. *) |
| Melinda D. Middlebrooks<br>Middlebrooks Shapiro P.c.<br>841 Mountain Ave<br>First Floor<br>Springfield, NJ 07081 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*  May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.