Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gerard Risoli                                                    Angela M Risoli
   25 Sterling Hill Road                                            25 Sterling Hill Road
   Sparta, NJ 07871                                                 Sparta, NJ 07871
Social Security No.:
   xxx−xx−5062                                                      xxx−xx−6824
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/26/21 at 10:00 AM

to consider and act upon the following:

*80* − Certification in Opposition to Creditor Certification of Default (related document:77 Creditor's Certification of Default (related document:66 Objection filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 69 Order (Generic)) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, et al.... Objection deadline is 05/13/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al...) filed by Angela Nascondiglio Stein on behalf of Angela M Risoli, Gerard Risoli. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 5/14/21

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court