Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerard Risoli | Angela M Risoli |
| 25 Sterling Hill Road | 25 Sterling Hill Road |
| Sparta, NJ 07871 | Sparta, NJ 07871 |

Social Security No.:
   xxx−xx−5062                                xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/12/22 at 10:00 AM

to consider and act upon the following:

**90** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/7/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**92** − Certification in Opposition to Trustee's Certification of Default (related document:90 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/7/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Jessica M. Minneci on behalf of Angela M Risoli, Gerard Risoli. (Minneci, Jessica)

Dated: 12/8/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court