Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerard Risoli
25 Sterling Hill Road
Sparta, NJ 07871

Angela M Risoli
25 Sterling Hill Road
Sparta, NJ 07871

Social Security No.:
xxx−xx−5062

xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/13/22 at 10:00 AM

to consider and act upon the following:

*101* − Certification in Opposition to Creditor's Certification of Default (related document:98 Creditor's Certification of Default (related document:66 Objection filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 69 Order (Generic), 77 Creditor's Certification of Default filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 84 Order (Generic)) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, et al.... Objection deadline is 03/4/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al...) filed by Jessica M. Minneci on behalf of Angela M Risoli, Gerard Risoli. (Minneci, Jessica)

Dated: 3/4/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court