Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−24147−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerard Risoli                           Angela M Risoli
25 Sterling Hill Road                   25 Sterling Hill Road
Sparta, NJ 07871                        Sparta, NJ 07871

Social Security No.:
xxx−xx−5062                             xxx−xx−6824

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/13/22 at 10:00 AM

to consider and act upon the following:

*101* − Certification in Opposition to Creditor's Certification of Default (related document:98 Creditor's Certification of Default (related document:66 Objection filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 69 Order (Generic), 77 Creditor's Certification of Default filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 84 Order (Generic)) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, et al.... Objection deadline is 03/4/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, et al...) filed by Jessica M. Minneci on behalf of Angela M Risoli, Gerard Risoli. (Minneci, Jessica)

Dated: 3/4/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-24147-SLM

Gerard Risoli                                                            Chapter 13

Angela M Risoli

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gerard Risoli, Angela M Risoli, 25 Sterling Hill Road, Sparta, NJ 07871-3414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2022                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Angela M Risoli nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Gerard Risoli nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-9SL  Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Gerard Risoli jminneci@middlebrooksshapiro.com |

Jessica M. Minneci
        on behalf of Joint Debtor Angela M Risoli jminneci@middlebrooksshapiro.com

John R. Morton, Jr.
        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg
        magecf@magtrustee.com

Melinda D. Middlebrooks
        on behalf of Debtor Gerard Risoli middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
        on behalf of Joint Debtor Angela M Risoli middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com

Rebecca Ann Solarz
        on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, et al... rsolarz@kmllawgroup.com

Rebecca Ann Solarz
        on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-9SL  Et Al... rsolarz@kmllawgroup.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13