| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Deutsche Bank, et al. | |
| In Re:<br><br>Gerard Risoli & Angela Risoli,<br><br>Debtors. | Case No.:  19-24147-SLM<br><br>Chapter:  13<br><br>Hearing Date:  05/11/2022<br><br>Judge:  Meisel |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 98)

_____

Date: 05/05/2022                                            /s/ Denise Carlon
                                                                        Signature

*rev.8/1/15*