| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>GERARD RISOLI<br>ANGELA M RISOLI | Case No.: 19-24147<br><br>Adv. No.:<br><br>Hearing Date:  09/14/2022<br><br>Judge:  SLM |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/04/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
GERARD RISOLI
ANGELA M RISOLI
25 STERLING HILL ROAD
SPARTA, NJ  07871
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081
Mode of Service:  ECF and/or Regular Mail

Dated:  August 04, 2022

By:  /S/  Jessica Antoine
Jessica Antoine