# EXHIBIT B

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5

CASE NO. 19-24147 SLM
CHAPTER 13
Judge: Stacey L. Meisel

In re:

Gerard Risoli
Angela M. Risoli

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 10/12/2006

I, Christopher Lettig, employed as Document Control Officer by Select Portfolio Servicing Inc., for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5, hereby certifies the following information:
Recorded on October 27, 2006 in Sussex County, in Book 7838, at Page 270.
Property Address: 25 Sterling Hill Road, Sparta NJ 07871.

Mortgage Holder: Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the

Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5

Mortgagor(s)/ Debtor(s): Gerard Risoli, Angela M. Risoli

POST-PETITION PAYMENTS (Petition filed on July 22, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered June 28, 2022 | | | | | - NA |
| $8,039.41 | 07/01/2022 | NA | $0.00 | NA | - NA |
| NA | NA | To Suspense | $8,038.43 | 07/29/2022 | $8,038.43 |
| $8,039.41 | 08/01/2022 | NA | $0.00 | NA | $8,038.43 |
| $8,039.41 | 09/01/2022 | NA | $0.00 | NA | $8,038.43 |
| Total Due: $24,118.23 | | Total Received: $8,038.43 | | Arrears:$16,079.80 | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $8,039.41
Arrears: $16,079.80


Each current monthly payment is comprised of:

Principal and Interest: $6,412.35
R.E. Taxes: $ NA
Insurance: $ NA
Other: $1,627.06  (Specify: Escrow)
TOTAL $8,039.41

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC effective 10/1/2020: $8,038.43
NOPC effective 10/01/2021: $8,085.56
NOPC effective 07/01/2022: $8,039.41

PRE-PETITION ARREARS: $62,168.00

I certify under penalty of perjury that the foregoing is true and correct.

Dated: __OCT 2 5 2022__

*Christopher Lettig*
Signature

3217 S. Decker Lake Drive
Salt Lake City, Utah 84119

**Christopher Lettig**

Document Control Officer    Select Portfolio Servicing, Inc.