**Caption in Compliance with D.N.J. LBR-9004-1**

| |
|---|
| KML Law Group, P.C. |
| By:  Denise Carlon Esquire |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| 201-549-2363 |
| Attorneys for Secured Creditor: Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-5 |

| In Re: | Case No: | 19-24147 SLM |
|---|---|---|
| Gerard Risoli | | |
| Angela M. Risoli | Chapter: | 13 |
| Debtor(s) | Judge: | Stacey L. Meisel |

# CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 10/31/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 10/31/2022                            /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Gerard Risoli<br>25 Sterling Hill Road<br>Sparta, NJ 07871<br><br>Angela M. Risoli<br>25 Sterling Hill Road<br>Sparta, NJ 07871 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Melinda D. Middlebrooks<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave, First Floor<br>Springfield, NJ 07081<br><br>Angela Nascondiglio Stein<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave, First Floor<br>Springfield, NJ 07081 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Road; Suite 330<br>(VIA ECF)<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |