Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerard Risoli
25 Sterling Hill Road
Sparta, NJ 07871

Angela M Risoli
25 Sterling Hill Road
Sparta, NJ 07871

Social Security No.:
xxx−xx−5062

xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 9, 2022.

Dated: November 9, 2022
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-24147-SLM
Gerard Risoli  Chapter 13
Angela M Risoli
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Nov 09, 2022      Form ID: plncf13      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerard Risoli, Angela M Risoli, 25 Sterling Hill Road, Sparta, NJ 07871-3414 |
| 518363787 | + | Credit One Bank, 335 Madison Ave, New York, NY 10017-4611 |
| 518363788 | + | Georgia Department of Driver Services, PO Box 80447, Conyers, GA 30013-8047 |
| 518363793 | + | Mia N Kiritsis, Midland Credit Management, Inc, 1037 Raymond Blvd, Suite 710, Newark, NJ 07102-5427 |
| 518363797 | + | Rita E Ayoub, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518363802 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518363804 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 15012, Chandler, AZ 85244-5012 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 09 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 09 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 20:47:44 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518363785 | | Email/Text: bnc@alltran.com | Nov 09 2022 20:42:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518363786 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 09 2022 20:42:00 | Comenity - Talbots, PO Box 659617, San Antonio, TX 78265-9617 |
| 518487557 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 09 2022 20:43:00 | Deutsche Bank National Trust et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518363789 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 09 2022 20:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518363791 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 20:47:34 | LVNV Funding LLC, 200 Meeting Street, Ste #206, Greenville, SC 29615-5833 |
| 518370089 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 20:47:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518363792 | | Email/Text: Mercury@ebn.phinsolutions.com | Nov 09 2022 20:42:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 518363794 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 09 2022 20:42:00 | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 518459226 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 09 2022 20:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518363795 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 09 2022 20:42:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 518363796 | | Email/PDF: pa_dc_ed@navient.com | Nov 09 2022 20:47:09 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518486492 | | Email/PDF: pa_dc_ed@navient.com | Nov 09 2022 20:47:34 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518470369 | | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2022 20:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518363798 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 09 2022 20:43:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 518380631 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 09 2022 20:43:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518363799 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2022 20:58:01 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518363800 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 09 2022 20:43:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518363801 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 09 2022 20:42:00 | Specialized Loan Servicing (SLS), 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519197831 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 09 2022 20:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519197832 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 09 2022 20:42:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518363803 | | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 20:47:01 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518366113 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2022 20:47:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518439367 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 09 2022 20:42:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518430912 | | Email/PDF: bncnotices@becket-lee.com | Nov 09 2022 20:47:48 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518435665 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 09 2022 20:42:00 | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518470993 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 09 2022 20:47:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518463304 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518363790 | ##+ | KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 09, 2022 | Form ID: plncf13 | Total Noticed: 36 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Gerard Risoli nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Angela M Risoli nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-9SL  Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Gerard Risoli jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Angela M Risoli jminneci@middlebrooksshapiro.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Gerard Risoli middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Angela M Risoli middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11