Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerard Risoli
25 Sterling Hill Road
Sparta, NJ 07871

Angela M Risoli
25 Sterling Hill Road
Sparta, NJ 07871

Social Security No.:
xxx−xx−5062

xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/14/22 at 10:00 AM

to consider and act upon the following:

*122* − Creditor's Certification of Default (related document:98 Creditor's Certification of Default filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 108 Order (Generic)) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, et al.... Objection deadline is 11/14/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*126* − Certification in Opposition to Creditor Default (related document:122 Creditor's Certification of Default (related document:98 Creditor's Certification of Default filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 108 Order (Generic)) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, et al.... Objection deadline is 11/14/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al...) filed by Angela Nascondiglio Stein on behalf of Angela M Risoli, Gerard Risoli. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 11/15/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-24147-SLM
Gerard Risoli  Chapter 13
Angela M Risoli
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Nov 15, 2022  Form ID: ntchrgbk  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

Recip ID      Recipient Name and Address
db/jdb      + Gerard Risoli, Angela M Risoli, 25 Sterling Hill Road, Sparta, NJ 07871-3414

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

**Name**      **Email Address**

Angela Nascondiglio Stein
     on behalf of Joint Debtor Angela M Risoli nascondiglio@middlebrooksshapiro.com

Angela Nascondiglio Stein
     on behalf of Debtor Gerard Risoli nascondiglio@middlebrooksshapiro.com

Denise E. Carlon
     on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-9SL  Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jessica M. Minneci
     on behalf of Joint Debtor Angela M Risoli jminneci@middlebrooksshapiro.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: ntchrgbk | Total Noticed: 1 |

Jessica M. Minneci
    on behalf of Debtor Gerard Risoli jminneci@middlebrooksshapiro.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Debtor Gerard Risoli middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks
    on behalf of Joint Debtor Angela M Risoli middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11