MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re:  GERARD RISOLI  
ANGELA M RISOLI  
25 STERLING HILL ROAD  
SPARTA,  NJ  07871

Atty:  MELINDA MIDDLEBROOKS ESQ  
841 MOUNTAIN AVENUE, FIRST FLOOR  
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-24147

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $235,888.00**

## RECEIPTS AS OF 01/13/2023  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 25311181476 | 09/04/2019 | $100.00 | 25790373775 |
| 10/07/2019 | $100.00 | 24423228178 | 11/13/2019 | $100.00 | 24423228797 |
| 12/17/2019 | $100.00 | 24423229091 | 04/22/2020 | $2,520.00 | 6732100000 |
| 06/08/2020 | $2,520.00 | 6848244000 | 07/08/2020 | $2,983.00 | 6925669000 |
| 08/10/2020 | $2,983.00 | 7004319000 | 08/13/2020 | ($2,983.00) | 7004319000 |
| 08/14/2020 | $2,983.00 | 7011793000 | 09/10/2020 | $2,983.00 | 7075984000 |
| 10/14/2020 | $2,983.00 | 7156737000 | 11/13/2020 | $2,983.00 | 7231030000 |
| 12/15/2020 | $2,983.00 | 7308093000 | 01/19/2021 | $2,983.00 | 7387888000 |
| 02/17/2021 | $2,983.00 | 7459238000 | 03/18/2021 | $2,983.00 | 7531626000 |
| 04/19/2021 | $2,983.00 | 7609190000 | 05/19/2021 | $2,983.00 | 7680323000 |
| 06/16/2021 | $2,983.00 | 7747417000 | 07/29/2021 | $2,983.00 | 7839521000 |
| 08/03/2021 | $2,983.00 | 7856065000 | 08/03/2021 | ($2,983.00) | 7839521000 |
| 08/25/2021 | $2,983.00 | 7900413000 | 10/27/2021 | $2,983.00 | 8038529000 |
| 11/30/2021 | $2,983.00 | 8111002000 | 01/03/2022 | $2,983.00 | 8183408000 |
| 01/31/2022 | $2,983.00 | 8243153000 | 02/17/2022 | $2,983.00 | 8280582000 |
| 02/28/2022 | $2,983.00 | 8304679000 | 03/29/2022 | $2,983.00 | 8368265000 |
| 05/02/2022 | $2,983.00 | 8431586000 | 05/02/2022 | $2,983.00 | 8437848000 |
| 05/04/2022 | ($2,983.00) | 8437848000 | 05/31/2022 | $2,983.00 | 8494147000 |
| 07/01/2022 | $2,983.00 | 8560423000 | 08/03/2022 | $2,983.00 | 8627675000 |
| 09/01/2022 | $2,983.00 | 8681592000 | 10/03/2022 | $2,983.00 | 8741160000 |
| 10/21/2022 | $3,962.00 | 8779250000 | 12/02/2022 | $6,945.00 | 8857976000 |
| 01/03/2023 | $6,945.00 | 8909964000 | | | |

**Total Receipts: $103,933.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $103,933.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 19-24147**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | | | | | | | |
| | 05/16/2022 | $16.64 | 891,539 | | 06/20/2022 | $323.31 | 893,260 |
| | 06/20/2022 | $14.78 | 893,260 | | 07/18/2022 | $7.24 | 894,914 |
| | 07/18/2022 | $8.04 | 894,914 | | 08/15/2022 | $7.24 | 896,493 |
| | 08/15/2022 | $8.04 | 896,493 | | 09/19/2022 | $7.24 | 898,124 |
| | 09/19/2022 | $8.04 | 898,124 | | 10/17/2022 | $7.24 | 899,773 |
| | 10/17/2022 | $8.04 | 899,773 | | 11/14/2022 | $7.09 | 901,331 |
| | 11/14/2022 | $7.87 | 901,331 | | 12/12/2022 | $9.42 | 902,880 |
| | 12/12/2022 | $10.45 | 902,880 | | 01/09/2023 | $16.51 | 904,380 |
| | 01/09/2023 | $18.32 | 904,380 | | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 06/15/2020 | $1,246.90 | 849,953 | | 07/20/2020 | $1,066.88 | 851,699 |
| | 07/20/2020 | $1,264.12 | 851,699 | | 08/17/2020 | $1,262.90 | 853,587 |
| | 08/17/2020 | $1,496.38 | 853,587 | | 09/21/2020 | $1,262.90 | 855,354 |
| | 09/21/2020 | $1,496.38 | 855,354 | | 10/19/2020 | $1,262.90 | 857,272 |
| | 10/19/2020 | $1,496.38 | 857,272 | | 11/16/2020 | $1,262.90 | 859,075 |
| | 11/16/2020 | $1,496.38 | 859,075 | | 12/21/2020 | $1,262.90 | 860,836 |
| | 12/21/2020 | $1,496.38 | 860,836 | | 02/22/2021 | $2,525.80 | 864,265 |
| | 02/22/2021 | $2,992.76 | 864,265 | | 04/19/2021 | $2,525.80 | 867,809 |
| | 04/19/2021 | $2,992.76 | 867,809 | | 06/21/2021 | $2,546.27 | 871,528 |
| | 06/21/2021 | $3,017.03 | 871,528 | | 07/19/2021 | $1,278.92 | 873,391 |
| | 07/19/2021 | $1,525.10 | 873,391 | | 09/20/2021 | $1,278.92 | 876,801 |
| | 09/20/2021 | $1,525.10 | 876,801 | | 10/18/2021 | $1,278.92 | 878,598 |
| | 10/18/2021 | $1,525.10 | 878,598 | | 12/13/2021 | $1,292.52 | 881,964 |
| | 12/13/2021 | $1,541.33 | 881,964 | | 01/10/2022 | $1,292.52 | 883,605 |
| | 01/10/2022 | $1,541.33 | 883,605 | | 02/14/2022 | $1,292.52 | 885,271 |
| | 02/14/2022 | $1,541.33 | 885,271 | | 03/14/2022 | $1,292.52 | 887,010 |
| | 03/14/2022 | $1,541.33 | 887,010 | | 04/18/2022 | $2,585.04 | 888,664 |
| | 04/18/2022 | $3,082.66 | 888,664 | | 05/16/2022 | $1,305.34 | 890,439 |
| | 05/16/2022 | $1,556.62 | 890,439 | | 06/20/2022 | $1,158.73 | 892,092 |
| | 06/20/2022 | $1,381.78 | 892,092 | | 07/18/2022 | $630.30 | 893,856 |
| | 07/18/2022 | $2,233.02 | 893,856 | | 08/15/2022 | $630.30 | 895,433 |
| | 08/15/2022 | $2,233.02 | 895,433 | | 09/19/2022 | $630.30 | 897,000 |
| | 09/19/2022 | $2,233.02 | 897,000 | | 10/17/2022 | $630.30 | 898,704 |
| | 10/17/2022 | $2,233.02 | 898,704 | | 11/14/2022 | $617.24 | 900,279 |
| | 11/14/2022 | $2,186.74 | 900,279 | | 12/12/2022 | $819.81 | 901,862 |
| | 12/12/2022 | $2,904.41 | 901,862 | | 01/09/2023 | $1,437.05 | 903,356 |
| | 01/09/2023 | $5,091.14 | 903,356 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6,082.45 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 1,772.09 | * | 0.00 | |
| 0004 | GEORGIA DEPARTMENT OF DRIVER SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MERCURY CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | NAVIENT SOLUTIONS LLC | UNSECURED | 61,733.84 | * | 0.00 | |
| 0014 | SANTANDER CONSUMER USA | VEHICLE SECURE | 689.68 | 100.00% | 385.29 | |
| 0015 | SEARS CREDIT CARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 62,168.00 | 100.00% | 35,677.40 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 40,747.93 | * | 0.00 | |
| 0020 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0024 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 802.81 | * | 0.00 | |

**Chapter 13 Case # 19-24147**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0026 | LVNV FUNDING LLC | UNSECURED | 2,593.49 | * | 0.00 | |
| 0027 | TOYOTA MOTOR CREDIT | UNSECURED | 399.99 | * | 0.00 | |
| 0028 | MIDLAND FUNDING LLC | UNSECURED | 1,176.52 | * | 0.00 | |
| 0029 | TOYOTA MOTOR CREDIT | UNSECURED | 4,591.23 | * | 0.00 | |
| 0030 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,001.75 | * | 0.00 | |
| 0031 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 147,824.98 | 100.00% | 53,624.62 | |
| 0032 | SANTANDER CONSUMER USA | (NEW) Auto Agreed | 438.00 | 100.00% | 100.22 | |

**Total Paid: $97,369.98**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $103,933.00      -      Paid to Claims: $89,787.53      -      Admin Costs Paid: $7,582.45      =      Funds on Hand: $6,563.02

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.