MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630

Re:  GERARD RISOLI  
ANGELA M RISOLI  
25 STERLING HILL ROAD  
SPARTA,  NJ  07871

Atty:  MELINDA MIDDLEBROOKS ESQ  
PO BOX 1630  
BELMAR, NJ  07719-1630

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 19-24147

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $235,888.00**

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 25311181476 | 09/04/2019 | $100.00 | 25790373775 |
| 10/07/2019 | $100.00 | 24423228178 | 11/13/2019 | $100.00 | 24423228797 |
| 12/17/2019 | $100.00 | 24423229091 | 04/22/2020 | $2,520.00 | 6732100000 |
| 06/08/2020 | $2,520.00 | 6848244000 | 07/08/2020 | $2,983.00 | 6925669000 |
| 08/10/2020 | $2,983.00 | 7004319000 | 08/13/2020 | ($2,983.00) | 7004319000 |
| 08/14/2020 | $2,983.00 | 7011793000 | 09/10/2020 | $2,983.00 | 7075984000 |
| 10/14/2020 | $2,983.00 | 7156737000 | 11/13/2020 | $2,983.00 | 7231030000 |
| 12/15/2020 | $2,983.00 | 7308093000 | 01/19/2021 | $2,983.00 | 7387888000 |
| 02/17/2021 | $2,983.00 | 7459238000 | 03/18/2021 | $2,983.00 | 7531626000 |
| 04/19/2021 | $2,983.00 | 7609190000 | 05/19/2021 | $2,983.00 | 7680323000 |
| 06/16/2021 | $2,983.00 | 7747417000 | 07/29/2021 | $2,983.00 | 7839521000 |
| 08/03/2021 | $2,983.00 | 7856065000 | 08/03/2021 | ($2,983.00) | 7839521000 |
| 08/25/2021 | $2,983.00 | 7900413000 | 10/27/2021 | $2,983.00 | 8038529000 |
| 11/30/2021 | $2,983.00 | 8111002000 | 01/03/2022 | $2,983.00 | 8183408000 |
| 01/31/2022 | $2,983.00 | 8243153000 | 02/17/2022 | $2,983.00 | 8280582000 |
| 02/28/2022 | $2,983.00 | 8304679000 | 03/29/2022 | $2,983.00 | 8368265000 |
| 05/02/2022 | $2,983.00 | 8431586000 | 05/02/2022 | $2,983.00 | 8437848000 |
| 05/04/2022 | ($2,983.00) | 8437848000 | 05/31/2022 | $2,983.00 | 8494147000 |
| 07/01/2022 | $2,983.00 | 8560423000 | 08/03/2022 | $2,983.00 | 8627675000 |
| 09/01/2022 | $2,983.00 | 8681592000 | 10/03/2022 | $2,983.00 | 8741160000 |
| 10/21/2022 | $3,962.00 | 8779250000 | 12/02/2022 | $6,945.00 | 8857976000 |
| 01/03/2023 | $6,945.00 | 8909964000 | 01/31/2023 | $6,945.00 | 8969450000 |
| 03/01/2023 | $6,945.00 | 9024392000 | 04/03/2023 | $6,945.00 | 9088276000 |
| 05/01/2023 | $6,945.00 | 9142618000 | 06/02/2023 | $6,945.00 | 9198745000 |
| 07/03/2023 | $6,945.00 | 9253633000 | 08/02/2023 | $6,945.00 | 9305261000 |
| 09/05/2023 | $6,945.00 | 9362684000 | 10/02/2023 | $6,945.00 | 9410883000 |
| 11/02/2023 | $6,945.00 | 9463011000 | 12/07/2023 | $6,945.00 | 9521500000 |

**Chapter 13 Case # 19-24147**

| Total Receipts: $180,328.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $180,328.00 |
|---|

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | | | | | | |
| | 05/16/2022 | $16.64 | 891,539 | 06/20/2022 | $14.78 | 893,260 |
| | 06/20/2022 | $323.31 | 893,260 | 07/18/2022 | $7.24 | 894,914 |
| | 07/18/2022 | $8.04 | 894,914 | 08/15/2022 | $7.24 | 896,493 |
| | 08/15/2022 | $8.04 | 896,493 | 09/19/2022 | $7.24 | 898,124 |
| | 09/19/2022 | $8.04 | 898,124 | 10/17/2022 | $7.24 | 899,773 |
| | 10/17/2022 | $8.04 | 899,773 | 11/14/2022 | $7.09 | 901,331 |
| | 11/14/2022 | $7.87 | 901,331 | 12/12/2022 | $9.42 | 902,880 |
| | 12/12/2022 | $10.45 | 902,880 | 01/09/2023 | $18.32 | 904,380 |
| | 01/09/2023 | $16.51 | 904,380 | 02/13/2023 | $16.46 | 905,927 |
| | 02/13/2023 | $18.27 | 905,927 | 03/13/2023 | $16.47 | 907,526 |
| | 03/13/2023 | $18.27 | 907,526 | 04/17/2023 | $16.46 | 909,142 |
| | 04/17/2023 | $18.27 | 909,142 | 05/15/2023 | $16.47 | 910,700 |
| | 05/15/2023 | $18.27 | 910,700 | 06/12/2023 | $16.29 | 912,187 |
| | 06/12/2023 | $18.08 | 912,187 | 07/17/2023 | $18.08 | 913,706 |
| | 07/17/2023 | $16.29 | 913,706 | 08/14/2023 | $16.29 | 915,203 |
| | 08/14/2023 | $18.08 | 915,203 | 09/18/2023 | $16.29 | 916,724 |
| | 09/18/2023 | $18.08 | 916,724 | 10/16/2023 | $16.29 | 918,171 |
| | 10/16/2023 | $18.08 | 918,171 | 11/13/2023 | $16.03 | 919,616 |
| | 11/13/2023 | $17.79 | 919,616 | 12/11/2023 | $16.03 | 921,015 |
| | 12/11/2023 | $17.79 | 921,015 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 06/15/2020 | $1,246.90 | 849,953 | 07/20/2020 | $1,066.88 | 851,699 |
| | 07/20/2020 | $1,264.12 | 851,699 | 08/17/2020 | $1,262.90 | 853,587 |
| | 08/17/2020 | $1,496.38 | 853,587 | 09/21/2020 | $1,262.90 | 855,354 |
| | 09/21/2020 | $1,496.38 | 855,354 | 10/19/2020 | $1,262.90 | 857,272 |
| | 10/19/2020 | $1,496.38 | 857,272 | 11/16/2020 | $1,262.90 | 859,075 |
| | 11/16/2020 | $1,496.38 | 859,075 | 12/21/2020 | $1,262.90 | 860,836 |
| | 12/21/2020 | $1,496.38 | 860,836 | 02/22/2021 | $2,525.80 | 864,265 |
| | 02/22/2021 | $2,992.76 | 864,265 | 04/19/2021 | $2,525.80 | 867,809 |
| | 04/19/2021 | $2,992.76 | 867,809 | 06/21/2021 | $2,546.27 | 871,528 |
| | 06/21/2021 | $3,017.03 | 871,528 | 07/19/2021 | $1,278.92 | 873,391 |
| | 07/19/2021 | $1,525.10 | 873,391 | 09/20/2021 | $1,278.92 | 876,801 |
| | 09/20/2021 | $1,525.10 | 876,801 | 10/18/2021 | $1,278.92 | 878,598 |
| | 10/18/2021 | $1,525.10 | 878,598 | 12/13/2021 | $1,292.52 | 881,964 |
| | 12/13/2021 | $1,541.33 | 881,964 | 01/10/2022 | $1,292.52 | 883,605 |
| | 01/10/2022 | $1,541.33 | 883,605 | 02/14/2022 | $1,541.33 | 885,271 |
| | 02/14/2022 | $1,292.52 | 885,271 | 03/14/2022 | $1,292.52 | 887,010 |
| | 03/14/2022 | $1,541.33 | 887,010 | 04/18/2022 | $2,585.04 | 888,664 |
| | 04/18/2022 | $3,082.66 | 888,664 | 05/16/2022 | $1,305.34 | 890,439 |
| | 05/16/2022 | $1,556.62 | 890,439 | 06/20/2022 | $1,381.78 | 892,092 |
| | 06/20/2022 | $1,158.73 | 892,092 | 07/18/2022 | $630.30 | 893,856 |
| | 07/18/2022 | $2,233.02 | 893,856 | 08/15/2022 | $630.30 | 895,433 |
| | 08/15/2022 | $2,233.02 | 895,433 | 09/19/2022 | $630.30 | 897,000 |
| | 09/19/2022 | $2,233.02 | 897,000 | 10/17/2022 | $630.30 | 898,704 |
| | 10/17/2022 | $2,233.02 | 898,704 | 11/14/2022 | $617.24 | 900,279 |
| | 11/14/2022 | $2,186.74 | 900,279 | 12/12/2022 | $819.81 | 901,862 |
| | 12/12/2022 | $2,904.41 | 901,862 | 01/09/2023 | $5,091.14 | 903,356 |
| | 01/09/2023 | $1,437.05 | 903,356 | 02/13/2023 | $1,432.90 | 904,859 |
| | 02/13/2023 | $5,095.38 | 904,859 | 03/13/2023 | $1,432.90 | 906,487 |
| | 03/13/2023 | $5,095.39 | 906,487 | 04/17/2023 | $1,432.90 | 908,040 |
| | 04/17/2023 | $5,095.38 | 908,040 | 05/15/2023 | $1,432.90 | 909,713 |
| | 05/15/2023 | $5,095.39 | 909,713 | 06/12/2023 | $1,417.74 | 911,164 |
| | 06/12/2023 | $5,041.47 | 911,164 | 07/17/2023 | $1,417.74 | 912,685 |
| | 07/17/2023 | $5,041.47 | 912,685 | 08/14/2023 | $1,417.74 | 914,215 |
| | 08/14/2023 | $5,041.47 | 914,215 | 09/18/2023 | $1,417.74 | 915,695 |
| | 09/18/2023 | $5,041.47 | 915,695 | 10/16/2023 | $1,417.74 | 917,217 |

**Chapter 13 Case # 19-24147**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 10/16/2023 | $5,041.47 | 917,217 | | 11/13/2023 | $4,960.59 | 918,643 |
| | 11/13/2023 | $1,394.99 | 918,643 | | 12/11/2023 | $1,395.00 | 920,079 |
| | 12/11/2023 | $4,960.59 | 920,079 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 11,707.88 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 1,772.09 | * | 0.00 | |
| 0004 | GEORGIA DEPARTMENT OF DRIVER SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MERCURY CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | NAVIENT SOLUTIONS LLC | UNSECURED | 61,733.84 | * | 0.00 | |
| 0014 | SANTANDER CONSUMER USA | VEHICLE SECURE | 689.68 | 100.00% | 580.69 | |
| 0015 | SEARS CREDIT CARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 62,168.00 | 100.00% | 52,682.68 | |
| 0017 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 40,747.93 | * | 0.00 | |
| 0020 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0024 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 802.81 | * | 0.00 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 2,593.49 | * | 0.00 | |
| 0027 | TOYOTA MOTOR CREDIT | UNSECURED | 399.99 | * | 0.00 | |
| 0028 | MIDLAND FUNDING LLC | UNSECURED | 1,176.52 | * | 0.00 | |
| 0029 | TOYOTA MOTOR CREDIT | UNSECURED | 4,591.23 | * | 0.00 | |
| 0030 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,001.75 | * | 0.00 | |
| 0031 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 147,824.98 | 100.00% | 114,095.28 | |
| 0032 | SANTANDER CONSUMER USA | (NEW) Auto Agree | 438.00 | 100.00% | 317.07 | |

**Total Paid: $180,883.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $180,328.00   -   Paid to Claims: $167,675.72   -   Admin Costs Paid: $13,207.88   =   Funds on Hand: $6,389.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.