Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerard Risoli
25 Sterling Hill Road
Sparta, NJ 07871

Angela M Risoli
25 Sterling Hill Road
Sparta, NJ 07871

Social Security No.:
xxx−xx−5062

xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/28/24 at 10:00 AM

to consider and act upon the following:

*134* – Creditor's Certification of Default (related document:99 Motion for Relief from Stay re: 2019 Subaru Ascent. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Vincenza Faraone) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 02/6/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Craig, William)

*135* – Certification in Opposition to Creditor Default (related document:134 Creditor's Certification of Default (related document:99 Motion for Relief from Stay re: 2019 Subaru Ascent. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Vincenza Faraone) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 02/6/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc.) filed by Angela Nascondiglio Stein on behalf of Angela M Risoli, Gerard Risoli. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 2/7/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court