Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gerard Risoli<br>25 Sterling Hill Road<br>Sparta, NJ 07871 | Angela M Risoli<br>25 Sterling Hill Road<br>Sparta, NJ 07871 |

Social Security No.:
  xxx−xx−5062                                       xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/28/24 at 10:00 AM

to consider and act upon the following:

*134* − Creditor's Certification of Default (related document:99 Motion for Relief from Stay re: 2019 Subaru Ascent. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Vincenza Faraone) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 02/6/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Craig, William)

*135* − Certification in Opposition to Creditor Default (related document:134 Creditor's Certification of Default (related document:99 Motion for Relief from Stay re: 2019 Subaru Ascent. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Vincenza Faraone) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 02/6/2024. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc.) filed by Angela Nascondiglio Stein on behalf of Angela M Risoli, Gerard Risoli. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 2/7/24

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-24147-SLM
Gerard Risoli                                                                                   Chapter 13
Angela M Risoli
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin             Page 1 of 2
Date Rcvd: Feb 07, 2024           Form ID: ntchrgbk           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerard Risoli, Angela M Risoli, 25 Sterling Hill Road, Sparta, NJ 07871-3414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024             Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Angela M Risoli nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Gerard Risoli nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-9SL Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Joint Debtor Angela M Risoli jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |

Case 19-24147-SLM    Doc 137    Filed 02/09/24    Entered 02/10/24 00:18:29    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

Jessica M. Minneci
    on behalf of Debtor Gerard Risoli jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melinda D. Middlebrooks
    on behalf of Debtor Gerard Risoli middlebrooks@middlebrooksshapiro.com
    melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

Melinda D. Middlebrooks
    on behalf of Joint Debtor Angela M Risoli middlebrooks@middlebrooksshapiro.com
    melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 12