UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Santander Consumer USA Inc.

In Re:

GERARD RISOLI
ANGELA M. RISOLI

Order Filed on March 21, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case number: 19-24147

Adv. No.

Hearing Date: 2-28-24

Judge: (SLM)

# ORDER FOR COUNSEL FEES

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: March 21, 2024**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtors: Gerard and Angela Risoli / 53110

Case No: 19-24147

Caption of Order: Order for counsel fees

This matter having brought before this Court on a Certificate Of Default filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc., with the appearance of Melinda D. Middlebrooks, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2019 Subaru Ascent bearing vehicle identification number 4S4WMARD0K3418260.

2. That the Debtors are to pay Santander a counsel fee of $100.00 through their Chapter 13 Plan.