Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24147−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gerard Risoli                                                   Angela M Risoli
25 Sterling Hill Road                                           25 Sterling Hill Road
Sparta, NJ 07871                                                Sparta, NJ 07871

Social Security No.:
xxx−xx−5062                                                     xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       9/3/24
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Melinda D. Middlebrooks

COMMISSION OR FEES
$10,537.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 6, 2024
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-24147-SLM
Gerard Risoli     Chapter 13
Angela M Risoli

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Aug 06, 2024     Form ID: 137     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerard Risoli, Angela M Risoli, 25 Sterling Hill Road, Sparta, NJ 07871-3414 |
| 518363788 | + | Georgia Department of Driver Services, PO Box 80447, Conyers, GA 30013-8047 |
| 518363790 | + | KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518363797 | + | Rita E Ayoub, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2024 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2024 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2024 20:54:19 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518363785 | | Email/Text: bnc@alltran.com | Aug 06 2024 20:56:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518363786 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 06 2024 20:56:00 | Comenity - Talbots, PO Box 659617, San Antonio, TX 78265-9617 |
| 518363787 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 20:52:54 | Credit One Bank, 335 Madison Ave, New York, NY 10017-4611 |
| 518487557 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 06 2024 20:57:00 | Deutsche Bank National Trust et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518363789 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2024 20:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518363791 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 20:54:19 | LVNV Funding LLC, 200 Meeting Street, Ste #206, Greenville, SC 29615-5833 |
| 518370089 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2024 20:53:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518363792 | | Email/Text: Mercury@ebn.phinsolutions.com | Aug 06 2024 20:55:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 518363793 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Mia N Kiritsis, Midland Credit Management, Inc, 1037 Raymond Blvd, Suite 710, Newark, NJ |

Case 19-24147-SLM    Doc 142    Filed 08/08/24    Entered 08/09/24 00:15:18    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: 137 | Total Noticed: 36 |

| | | | |
|---|---|---|---|
| | | | 07102-5423 |
| 518363794 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 518459226 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518363795 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 06 2024 20:56:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 518363796 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 06 2024 20:53:43 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518486492 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 06 2024 20:52:46 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518470369 | Email/Text: bnc-quantum@quantum3group.com | Aug 06 2024 20:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518363802 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 06 2024 20:55:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518363798 | Email/Text: enotifications@santanderconsumerusa.com | Aug 06 2024 20:56:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 518380631 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 06 2024 20:56:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518363799 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2024 20:52:46 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518363800 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 06 2024 20:57:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518363801 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 06 2024 20:56:00 | Specialized Loan Servicing (SLS), 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519197831 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 06 2024 20:56:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519197832 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 06 2024 20:56:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518363803 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2024 20:52:54 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518366113 | ^ MEBN | Aug 06 2024 20:45:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518439367 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 06 2024 20:56:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518430912 | Email/PDF: bncnotices@becket-lee.com | Aug 06 2024 20:54:23 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518435665 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 06 2024 20:56:00 | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518470993 | + Email/PDF: ebn_ais@aisinfo.com | Aug 06 2024 21:05:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 19-24147-SLM    Doc 142    Filed 08/08/24    Entered 08/09/24 00:15:18    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2024 | Form ID: 137 | Total Noticed: 36 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518463304 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518363804 | ## | Toyota Financial Services, PO Box 15012, Chandler, AZ 85244-5012 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2024     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Gerard Risoli nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Angela M Risoli nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-9SL Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Gerard Risoli jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Jessica M. Minneci | on behalf of Joint Debtor Angela M Risoli jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor MEB Loan Trust VI laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Gerard Risoli middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Angela M Risoli middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 13