| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>Mailing Address: PO Box 1630, Belmar, NJ 07719<br>(973) 218-6877<br>Melinda D. Middlebrooks, Esq.<br>middlebrooks@middlebrooksshapiro.com<br>Attorneys for Chapter 13 Debtors,<br>Gerard and Angela M. Risoli | Order Filed on September 5, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**GERARD and ANGELA M. RISOLI**,<br><br>Chapter 13 Debtors. | Case No.:   19-24147-SLM<br>Chapter:   13<br>Judge:   Stacey Meisel |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 5, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that \_\_\_\_Middlebrooks Shapiro, PC_____, the applicant, is allowed a fee of $ \_\_\_\_10,537.00_____ for services rendered and expenses in the amount of $_____.0_____ for a total of $\_\_10,537.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____-----_____ per month for \_\_\_\_-----_____ months to allow for payment of the above fee.

No modification of the Debtors' Chapter 13 Plan is necessary. Debtors retained firm and paid an initial retainer of $1,500.00, with the balance of the retainer in the amount of $1,500.00 to be paid through the Chapter 13 Plan. Firm seeks payment of supplemental fees and expenses in the total sum of $10,537.10 consisting of $10,537.00 in supplemental fees and reimbursement of expenses in the sum of $.00 to be paid outside the Chapter 13 Plan. This Order survives the dismissal or conversion of the Debtors' Chapter 13 case. This Order does not constitute a determination as to how funds on hand with the Chapter 13 Trustee shall be disbursed following dismissal or conversion of the Debtors' Chapter 13 case.

*rev.8/1/15*