UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
Mailing Address: P.O.Box 1630, Belmar, NJ 07719
(973) 218-6877
Angela Stein, Esq.
anstein@middlebrooksshapiro.com Attorneys for Chapter 13 Debtors,
Gerard and Angela M. Risoli

In Re:

GERARD and ANGELA M. RISOLI,

Chapter 13 Debtors.

Case No.: 19-24147-SLM
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Stacey Meisel

## CERTIFICATION OF SERVICE

1. I, Angela Stein, Esq. :

   ☒ represent Gerard and Angela M. Risoli in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 9/11/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Filed Order Granting Fee Application.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/11/2024

/s/Angela Stein
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, New Jersey 07004 | Chapter 13 trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __CM/ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gerard and Angela M. Risoli | Chapter 13 Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Email__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Parties Requesting Notice via CM/ECF | Creditors and Parties-in-Interest | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __CM/ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*