Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 14, 2024

**Chapter 13 Case # 19-24147**

Re:  GERARD RISOLI
     ANGELA M RISOLI
     25 STERLING HILL ROAD
     SPARTA, NJ 07871

Atty:  MELINDA MIDDLEBROOKS ESQ
     PO BOX 1630
     BELMAR, NJ 07719-1630

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $235,888.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/06/2019 | $100.00 | 25311181476 | 09/04/2019 | $100.00 | 25790373775 |
| 10/07/2019 | $100.00 | 24423228178 | 11/13/2019 | $100.00 | 24423228797 |
| 12/17/2019 | $100.00 | 24423229091 | 04/22/2020 | $2,520.00 | 6732100000 |
| 06/08/2020 | $2,520.00 | 6848244000 | 07/08/2020 | $2,983.00 | 6925669000 |
| 08/10/2020 | $2,983.00 | 7004319000 | 08/13/2020 | ($2,983.00) | 7004319000 |
| 08/14/2020 | $2,983.00 | 7011793000 | 09/10/2020 | $2,983.00 | 7075984000 |
| 10/14/2020 | $2,983.00 | 7156737000 | 11/13/2020 | $2,983.00 | 7231030000 |
| 12/15/2020 | $2,983.00 | 7308093000 | 01/19/2021 | $2,983.00 | 7387888000 |
| 02/17/2021 | $2,983.00 | 7459238000 | 03/18/2021 | $2,983.00 | 7531626000 |
| 04/19/2021 | $2,983.00 | 7609190000 | 05/19/2021 | $2,983.00 | 7680323000 |
| 06/16/2021 | $2,983.00 | 7747417000 | 07/29/2021 | $2,983.00 | 7839521000 |
| 08/03/2021 | $2,983.00 | 7856065000 | 08/03/2021 | ($2,983.00) | 7839521000 |
| 08/25/2021 | $2,983.00 | 7900413000 | 10/27/2021 | $2,983.00 | 8038529000 |
| 11/30/2021 | $2,983.00 | 8111002000 | 01/03/2022 | $2,983.00 | 8183408000 |
| 01/31/2022 | $2,983.00 | 8243153000 | 02/17/2022 | $2,983.00 | 8280582000 |
| 02/28/2022 | $2,983.00 | 8304679000 | 03/29/2022 | $2,983.00 | 8368265000 |
| 05/02/2022 | $2,983.00 | 8431586000 | 05/02/2022 | $2,983.00 | 8437848000 |
| 05/04/2022 | ($2,983.00) | 8437848000 | 05/31/2022 | $2,983.00 | 8494147000 |
| 07/01/2022 | $2,983.00 | 8560423000 | 08/03/2022 | $2,983.00 | 8627675000 |
| 09/01/2022 | $2,983.00 | 8681592000 | 10/03/2022 | $2,983.00 | 8741160000 |
| 10/21/2022 | $3,962.00 | 8779250000 | 12/02/2022 | $6,945.00 | 8857976000 |
| 01/03/2023 | $6,945.00 | 8909964000 | 01/31/2023 | $6,945.00 | 8969450000 |
| 03/01/2023 | $6,945.00 | 9024392000 | 04/03/2023 | $6,945.00 | 9088276000 |
| 05/01/2023 | $6,945.00 | 9142618000 | 06/02/2023 | $6,945.00 | 9198745000 |
| 07/03/2023 | $6,945.00 | 9253633000 | 08/02/2023 | $6,945.00 | 9305261000 |
| 09/05/2023 | $6,945.00 | 9362684000 | 10/02/2023 | $6,945.00 | 9410883000 |
| 11/02/2023 | $6,945.00 | 9463011000 | 12/07/2023 | $6,945.00 | 9521500000 |
| 01/11/2024 | $6,945.00 | | 02/06/2024 | $6,945.00 | |
| 03/07/2024 | $6,945.00 | | 04/12/2024 | $6,945.00 | |

Chapter 13 Case # 19-24147

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 05/06/2024 | $6,945.00 | | 06/05/2024 | $6,945.00 | |
| 08/05/2024 | $6,945.00 | | 09/06/2024 | $3,500.00 | |
| 10/07/2024 | $3,444.81 | | 10/15/2024 | $0.19 | 2001000 |

**Total Receipts: $235,888.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $235,888.00**

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 15,214.81 | |
| ATTY | ATTORNEY | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | QUANTUM3 GROUP LLC | UNSECURED | 1,772.09 | * | 122.36 | |
| 0004 | GEORGIA DEPARTMENT OF DRIVER SERV | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MERCURY CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MIDLAND CREDIT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | AIDVANTAGE | UNSECURED | 61,733.84 | * | 4,262.79 | |
| 0014 | SANTANDER CONSUMER USA | VEHICLE SECURE | 644.74 | 100.00% | 644.74 | |
| 0015 | SEARS CREDIT CARDS | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 62,168.00 | 100.00% | 62,168.00 | |
| 0017 | NEWREZ LLC | UNSECURED | 40,747.93 | * | 2,813.69 | |
| 0020 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0024 | ALLTRAN FINANCIAL, LP | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING LLC | UNSECURED | 802.81 | * | 55.44 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 2,593.49 | * | 179.08 | |
| 0027 | TOYOTA MOTOR CREDIT | UNSECURED | 399.99 | * | 27.62 | |
| 0028 | MIDLAND FUNDING LLC | UNSECURED | 1,176.52 | * | 81.24 | |
| 0029 | TOYOTA MOTOR CREDIT | UNSECURED | 4,591.23 | * | 317.03 | |
| 0030 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,001.75 | * | 138.22 | |
| 0031 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 147,824.98 | 100.00% | 147,824.98 | |
| 0032 | SANTANDER CONSUMER USA | (NEW) Auto Agreed | 538.00 | 100.00% | 538.00 | |

**Total Paid: $235,888.00**

See Summary

# LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|--|------|--------|---------|
| AIDVANTAGE | | | | | | | |
| | 08/19/2024 | $764.43 | 931849 | | 09/16/2024 | $1,772.34 | 933313 |
| | 10/21/2024 | $1,726.02 | 934711 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 08/19/2024 | $32.11 | 932225 | | 09/16/2024 | $74.46 | 933650 |
| | 10/21/2024 | $72.51 | 935086 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 08/19/2024 | $9.94 | 931471 | | 08/19/2024 | $14.57 | 931471 |
| | 09/16/2024 | $33.78 | 932975 | | 09/16/2024 | $23.05 | 932975 |
| | 10/21/2024 | $22.45 | 934326 | | 10/21/2024 | $32.89 | 934326 |
| NEWREZ LLC | | | | | | | |
| | 10/21/2024 | $1,139.38 | 934428 | | | | |

**Chapter 13 Case # 19-24147**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | | |
| | 08/19/2024 | $21.94 | 8004214 | | 09/16/2024 | $50.88 | 8004252 |
| | 10/21/2024 | $49.54 | 8004291 | | | | |
| SANTANDER CONSUMER USA | | | | | | | |
| | 05/16/2022 | $16.64 | 891539 | | 06/20/2022 | $14.78 | 893260 |
| | 06/20/2022 | $323.31 | 893260 | | 07/18/2022 | $8.04 | 894914 |
| | 07/18/2022 | $7.24 | 894914 | | 08/15/2022 | $8.04 | 896493 |
| | 08/15/2022 | $7.24 | 896493 | | 09/19/2022 | $8.04 | 898124 |
| | 09/19/2022 | $7.24 | 898124 | | 10/17/2022 | $7.24 | 899773 |
| | 10/17/2022 | $8.04 | 899773 | | 11/14/2022 | $7.87 | 901331 |
| | 11/14/2022 | $7.09 | 901331 | | 12/12/2022 | $9.42 | 902880 |
| | 12/12/2022 | $10.45 | 902880 | | 01/09/2023 | $18.32 | 904380 |
| | 01/09/2023 | $16.51 | 904380 | | 02/13/2023 | $16.46 | 905927 |
| | 02/13/2023 | $18.27 | 905927 | | 03/13/2023 | $18.27 | 907526 |
| | 03/13/2023 | $16.47 | 907526 | | 04/17/2023 | $16.46 | 909142 |
| | 04/17/2023 | $18.27 | 909142 | | 05/15/2023 | $18.27 | 910700 |
| | 05/15/2023 | $16.47 | 910700 | | 06/12/2023 | $16.29 | 912187 |
| | 06/12/2023 | $18.08 | 912187 | | 07/17/2023 | $18.08 | 913706 |
| | 07/17/2023 | $16.29 | 913706 | | 08/14/2023 | $16.29 | 915203 |
| | 08/14/2023 | $18.08 | 915203 | | 09/18/2023 | $18.08 | 916724 |
| | 09/18/2023 | $16.29 | 916724 | | 10/16/2023 | $16.29 | 918171 |
| | 10/16/2023 | $18.08 | 918171 | | 11/13/2023 | $17.79 | 919616 |
| | 11/13/2023 | $16.03 | 919616 | | 12/11/2023 | $16.03 | 921015 |
| | 12/11/2023 | $17.79 | 921015 | | 01/08/2024 | $17.79 | 922387 |
| | 01/08/2024 | $16.03 | 922387 | | 02/12/2024 | $32.06 | 923776 |
| | 02/12/2024 | $35.57 | 923776 | | 03/11/2024 | $17.79 | 925216 |
| | 03/11/2024 | $16.03 | 925216 | | 04/15/2024 | $15.96 | 926690 |
| | 04/15/2024 | $43.92 | 926690 | | 05/10/2024 | $44.03 | 928102 |
| | 06/17/2024 | $44.03 | 929570 | | 08/19/2024 | $35.59 | 932450 |

Chapter 13 Case # 19-24147

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 06/15/2020 | $1,246.90 | 849953 | | 07/20/2020 | $1,066.88 | 851699 |
| | 07/20/2020 | $1,264.12 | 851699 | | 08/17/2020 | $1,496.38 | 853587 |
| | 08/17/2020 | $1,262.90 | 853587 | | 09/21/2020 | $1,496.38 | 855354 |
| | 09/21/2020 | $1,262.90 | 855354 | | 10/19/2020 | $1,262.90 | 857272 |
| | 10/19/2020 | $1,496.38 | 857272 | | 11/16/2020 | $1,496.38 | 859075 |
| | 11/16/2020 | $1,262.90 | 859075 | | 12/21/2020 | $1,262.90 | 860836 |
| | 12/21/2020 | $1,496.38 | 860836 | | 02/22/2021 | $2,992.76 | 864265 |
| | 02/22/2021 | $2,525.80 | 864265 | | 04/19/2021 | $2,525.80 | 867809 |
| | 04/19/2021 | $2,992.76 | 867809 | | 06/21/2021 | $3,017.03 | 871528 |
| | 06/21/2021 | $2,546.27 | 871528 | | 07/19/2021 | $1,278.92 | 873391 |
| | 07/19/2021 | $1,525.10 | 873391 | | 09/20/2021 | $1,525.10 | 876801 |
| | 09/20/2021 | $1,278.92 | 876801 | | 10/18/2021 | $1,525.10 | 878598 |
| | 10/18/2021 | $1,278.92 | 878598 | | 12/13/2021 | $1,541.33 | 881964 |
| | 12/13/2021 | $1,292.52 | 881964 | | 01/10/2022 | $1,541.33 | 883605 |
| | 01/10/2022 | $1,292.52 | 883605 | | 02/14/2022 | $1,541.33 | 885271 |
| | 02/14/2022 | $1,292.52 | 885271 | | 03/14/2022 | $1,292.52 | 887010 |
| | 03/14/2022 | $1,541.33 | 887010 | | 04/18/2022 | $3,082.66 | 888664 |
| | 04/18/2022 | $2,585.04 | 888664 | | 05/16/2022 | $1,556.62 | 890439 |
| | 05/16/2022 | $1,305.34 | 890439 | | 06/20/2022 | $1,158.73 | 892092 |
| | 06/20/2022 | $1,381.78 | 892092 | | 07/18/2022 | $2,233.02 | 893856 |
| | 07/18/2022 | $630.30 | 893856 | | 08/15/2022 | $630.30 | 895433 |
| | 08/15/2022 | $2,233.02 | 895433 | | 09/19/2022 | $2,233.02 | 897000 |
| | 09/19/2022 | $630.30 | 897000 | | 10/17/2022 | $630.30 | 898704 |
| | 10/17/2022 | $2,233.02 | 898704 | | 11/14/2022 | $2,186.74 | 900279 |
| | 11/14/2022 | $617.24 | 900279 | | 12/12/2022 | $819.81 | 901862 |
| | 12/12/2022 | $2,904.14 | 901862 | | 01/09/2023 | $5,091.14 | 903356 |
| | 01/09/2023 | $1,437.05 | 903356 | | 02/13/2023 | $1,432.90 | 904859 |
| | 02/13/2023 | $5,095.38 | 904859 | | 03/13/2023 | $5,095.39 | 906487 |
| | 03/13/2023 | $1,432.90 | 906487 | | 04/17/2023 | $1,432.90 | 908040 |
| | 04/17/2023 | $5,095.38 | 908040 | | 05/15/2023 | $5,095.39 | 909713 |
| | 05/15/2023 | $1,432.90 | 909713 | | 06/12/2023 | $1,417.74 | 911164 |
| | 06/12/2023 | $5,041.47 | 911164 | | 07/17/2023 | $5,041.47 | 912685 |
| | 07/17/2023 | $1,417.74 | 912685 | | 08/14/2023 | $1,417.74 | 914215 |
| | 08/14/2023 | $5,041.47 | 914215 | | 09/18/2023 | $5,041.47 | 915695 |
| | 09/18/2023 | $1,417.74 | 915695 | | 10/16/2023 | $1,417.74 | 917217 |
| | 10/16/2023 | $5,041.47 | 917217 | | 11/13/2023 | $4,960.59 | 918643 |
| | 11/13/2023 | $1,394.99 | 918643 | | 12/11/2023 | $1,395.00 | 920079 |
| | 12/11/2023 | $4,960.59 | 920079 | | 01/08/2024 | $4,960.59 | 921488 |
| | 01/08/2024 | $1,394.99 | 921488 | | 02/12/2024 | $2,789.99 | 922818 |
| | 02/12/2024 | $9,921.18 | 922818 | | 03/11/2024 | $4,960.59 | 924287 |
| | 03/11/2024 | $1,395.00 | 924287 | | 04/15/2024 | $1,389.27 | 925697 |
| | 04/15/2024 | $4,940.24 | 925697 | | 05/10/2024 | $4,952.62 | 927204 |
| | 05/10/2024 | $1,392.75 | 927204 | | 06/17/2024 | $1,392.76 | 928566 |
| | 06/17/2024 | $4,952.62 | 928566 | | 08/19/2024 | $4,002.45 | 931475 |
| | 08/19/2024 | $1,125.55 | 931475 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 08/19/2024 | $504.57 | 931663 | | 09/04/2024 | ($504.57) | 931663 |
| | 09/16/2024 | $1,674.31 | 933145 | | | | |
| TOYOTA MOTOR CREDIT | | | | | | | |
| | 08/19/2024 | $56.85 | 932738 | | 09/16/2024 | $131.81 | 934111 |
| | 09/16/2024 | $16.43 | 934111 | | 10/21/2024 | $11.19 | 935621 |
| | 10/21/2024 | $128.37 | 935621 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 08/19/2024 | $24.79 | 931589 | | 09/16/2024 | $57.47 | 933073 |
| | 10/21/2024 | $55.96 | 934432 | | | | |

**Chapter 13 Case # 19-24147**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 14, 2024.

Receipts: $235,888.00          -     Paid to Claims: $219,173.19   -    Admin Costs Paid: $16,714.81  =    Funds on Hand: $0.00

Base Plan Amount: $235,888.00              -     Receipts:  $235,888.00              =     Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT
THE AMOUNT TO COMPLETE THE PLAN.