| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Gerard Risoli<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5062<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Angela M Risoli<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6824<br>EIN  __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19-24147-SLM | | |

# Order of Discharge                                        12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gerard Risoli                                Angela M Risoli

   <u>11/13/24</u>                              **By the court:** <u>Stacey L. Meisel</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24147-SLM |
| Gerard Risoli | Chapter 13 |
| Angela M Risoli | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerard Risoli, Angela M Risoli, 25 Sterling Hill Road, Sparta, NJ 07871-3414 |
| 518363788 | + | Georgia Department of Driver Services, PO Box 80447, Conyers, GA 30013-8047 |
| 518363790 | + | KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518363797 | + | Rita E Ayoub, Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Nov 14 2024 01:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518363785 | | EDI: URSI.COM | Nov 14 2024 01:33:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 518363786 | | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity - Talbots, PO Box 659617, San Antonio, TX 78265-9617 |
| 518363787 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 21:03:36 | Credit One Bank, 335 Madison Ave, New York, NY 10017-4611 |
| 518487557 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 13 2024 20:54:00 | Deutsche Bank National Trust et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518363789 | | EDI: IRS.COM | Nov 14 2024 01:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518363791 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 21:02:49 | LVNV Funding LLC, 200 Meeting Street, Ste #206, Greenville, SC 29615-5833 |
| 518370089 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 21:03:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518363792 | | Email/Text: Mercury@ebn.phinsolutions.com | Nov 13 2024 20:52:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 518363793 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 20:53:00 | Mia N Kiritsis, Midland Credit Management, Inc, 1037 Raymond Blvd, Suite 710, Newark, NJ |

Case 19-24147-SLM    Doc 158    Filed 11/15/24    Entered 11/16/24 00:17:44    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | 07102-5423 |
| 518363794 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 20:53:00 | Midland Credit Management, PO Box 2121, Warren, MI 48090-2121 |
| 518459226 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 20:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518363795 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 20:53:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 518363796 | | EDI: MAXMSAIDV | Nov 14 2024 01:33:00 | Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518486492 | | EDI: MAXMSAIDV | Nov 14 2024 01:33:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 520392282 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 13 2024 20:52:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520392281 | | Email/Text: mtgbk@shellpointmtg.com | Nov 13 2024 20:52:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518470369 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518363802 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 13 2024 20:52:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518363798 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 13 2024 20:54:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 518380631 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 13 2024 20:54:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518363799 | | EDI: CITICORP | Nov 14 2024 01:33:00 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 518363800 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 13 2024 20:54:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518363801 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 13 2024 20:52:00 | Specialized Loan Servicing (SLS), 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519197831 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 13 2024 20:52:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519197832 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 13 2024 20:52:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518363803 | | EDI: SYNC | Nov 14 2024 01:33:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518366113 | ^ | MEBN | Nov 13 2024 20:51:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518439367 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 13 2024 20:52:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518430912 | | Email/PDF: bncnotices@becket-lee.com | Nov 13 2024 21:03:08 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518435665 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 13 2024 20:52:00 | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518470993 | + | EDI: AIS.COM | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 38 |

        Nov 14 2024 01:33:00    Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518463304 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518363804 | ## | Toyota Financial Services, PO Box 15012, Chandler, AZ 85244-5012 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Debtor Gerard Risoli astein@meyner.com |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Angela M Risoli astein@meyner.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-9SL Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Gerard Risoli jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Jessica M. Minneci | on behalf of Joint Debtor Angela M Risoli jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor MEB Loan Trust VI laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Gerard Risoli middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Angela M Risoli middlebrooks@middlebrooksshapiro.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 38 |

melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 13